IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

SPANSION, INC., et al.,

    Reorganized Debtors
_____

SPANSION, INC., et al.,

    Plaintiffs

  v.

TESSERA, INC.,

    Claimant
_____/

No. C-10-4954 MMC

**ORDER OF REFERRAL**

    The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Claudia Wilken for consideration of whether the case is related to <u>Tessera, Inc. v. Advanced Micro Devices, Inc.</u>, 05-4063 CW.  (<u>See</u> Case No. 10-4954 Docket No. 1 at 3-7.)

    **IT IS SO ORDERED.**

Dated: November 4, 2010

_____
MAXINE M. CHESNEY
United States District Judge