MICHAEL J. BETTINGER (State Bar No. 122196)
TIMOTHY P. WALKER (State Bar No. 105001)
ELAINE Y. CHOW (State Bar No. 194063)
STEPHEN M. EVERETT (State Bar No. 121619)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Phone: (415) 882-8200
Fax:    (415) 882-8220
mike.bettinger@klgates.com
timothy.walker@klgates.com
elaine.chow@klgates.com
stephen.everett@klgates.com

Attorneys for Plaintiffs
SPANSION INC. AND SPANSION LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPANSION, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TESSERA, INC.<br><br>　　　　Claimant. | Case No. C-10-4954 CW<br><br>**JOINT STIPULATION AND ORDER CHANGING THE DATE OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

1.  WHEREAS, this Court stayed the case known as *Tessera, Inc. v. Advanced Micro Devices, Inc. et al,* Case No. C 05-04063 (CW) (the "AMD case") by its order of May 24, 2007 with respect to International Trade Commission Investigation 337-TA-605 "until the determination of the ITC, including appeals becomes final," and WHEREAS, on August 5, 2008 the Court ordered that the stay of the AMD case "shall be extended until a determination in the International Trade Commission Investigation 337-TA-649, including appeals, becomes final;" and

2.     WHEREAS, this Court issued a Related Case Order on September 11, 2008 in the AMD case finding that the three cases known as, *Siliconware Precision Industries Co., Ltd. et al. v. Tessera*, Case No. C 08-03667 RS; *Advanced Semiconductor Engineering Inc. et al. v. Tessera*, Case No. C 08-03726 EMC; and *Chipmos Technologies Inc. et al. v. Tessera, Inc.*, Case No. C 08-03827 CW, were related to the AMD case (these three cases are collectively the "Related Cases"); and

3.     WHEREAS, this Court stayed all proceedings in the Related Cases, to include all claims and counterclaims, by its order of December 19, 2008 "[i]n light of the decision by the International Trade Commission ('ITC') granting Tessera's motion to amend the Complaint and Notice of Investigation adding U.S. Patent No. 5,663,106 to the investigation" known as 337-TA-649 and the stipulation of the parties in the Related Cases; and

4.     WHEREAS, by its orders of June 11, 2010 this Court subsequently set a Case Management Conference in both the AMD case and the Related Cases for December 14, 2010 at 2:00 p.m; and

5.     WHEREAS, this Court issued a Related Case Order on November 10, 2010, finding that the case known as *Spansion Inc. v. Tessera Inc.*, Case No. C 10-04954 MMC, now known as *Spansion Inc. v. Tessera Inc.*, Case No. C 10-04954 CW (the "Spansion case"), is related to this case; and

6.     WHEREAS the parties in the AMD, Spansion, and Related Cases, by their undersigned counsel, report to the Court that the current status of the pending International Trade Commission Investigation 337-TA-605 is that the Final Determination is under appeal to the Federal Circuit in Case Number 09-1460.  The appeal is now fully briefed and was argued on June 9, 2010, but no decision has issued as of yet, and;

7.     WHEREAS, since a final resolution of ITC's 337-TA-605 investigation, including appeals, is still pending, the parties in the AMD case, in the Spansion case, and in the Related Cases believe that it would be most efficient to further postpone (and, in the Spansion case, postpone) the case management conference and related activity in the AMD case, the Spansion case, and the Related Cases until approximately June 7, 2011; and

1    8.    WHEREAS, the parties appearing below agree that there would be no prejudice to the
2 parties in moving the case management conference, as that case is currently stayed;
3 THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties
4 appearing below through their undersigned respective attorneys of record, based on the foregoing,
5 and subject to the approval of this Court, that:
6    a.    The case management conference currently scheduled for December 14, 2010, at 2:00
7 p.m. in the AMD case shall be rescheduled for **June 7, 2011** at **2**:**00 p**.m., or as soon thereafter as
8 the Court is available;
9    PURSUANT TO STIPULATION, IT IS SO ORDERED.
10
11 Dated this **7th** day of **December**, 2010.    _____
                                                Honorable Claudia Wilken
12                                              United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING    -3-    PRINTED ON RECYCLED PAPER
THE DATE OF UPCOMING CMC AND RELATED DATES
Case No. C-10-4954 CW

Dated: December 6, 2010                         /s/
                                        Elaine Chow
                                        K&L GATES LLP
                                        Attorneys for plaintiffs SPANSION INC. AND
                                        SPANSION LLC

Dated: December 6, 2010                         /s/
                                        Trevor Stockinger
                                        IRELL & MANELLA LLP
                                        Attorneys for claimant TESSERA, INC.

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING   -4-                PRINTED ON RECYCLED PAPER
THE DATE OF UPCOMING CMC AND RELATED DATES
Case No. C-10-4954 CW

1 | Concurrence in the filing of this document has been obtained from the signatories listed
2 | above.

4 | Dated: December 6, 2010    /s/
Elaine Chow
K&L GATES LLP
Attorneys for plaintiffs SPANSION INC. AND
SPANSION LLC

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING    -5-    PRINTED ON RECYCLED PAPER
THE DATE OF UPCOMING CMC AND RELATED DATES
Case No. C-10-4954 CW

Pursuant to General Order No. 45, Section X, I hereby attest that I have on file all holographic signatures for any indicated by a "conformed" signature /s/ within the e-filed document.

Dated: December 6, 2010

/s/
Elaine Chow
K&L GATES LLP
Attorneys for plaintiffs SPANSION INC. AND SPANSION LLC

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING   -6-   PRINTED ON RECYCLED PAPER
THE DATE OF UPCOMING CMC AND RELATED DATES
Case No. C-10-4954 CW