Michael J. Bettinger (State Bar No. 122196)
Timothy P. Walker (State Bar No. 105001)
Elaine Y. Chow (State Bar No. 194063)
Stephen M. Everett (State Bar No. 121619)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Phone: (415) 882-8200
Fax:    (415) 882-8220
mike.bettinger@klgates.com
timothy.walker@klgates.com
elaine.chow@klgates.com
stephen.everett@klgates.com

Attorneys for Plaintiffs
SPANSION, INC. AND SPANSION LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SPANSION, INC. et al, <br><br> Plaintiffs <br><br> v. <br><br> TESSERA, INC., <br><br> Claimant. | CASE NO. 4:10-cv-04954-CW <br><br> **JOINT STIPULATION AND ORDER CHANGING THE DATE OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

JOINT STIPULATION AND [~~PROPOSED~~] ORDER CHANGING THE DATE         CASE NO. 4:10-cv-04954-CW
OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

**Error! Bookmark not defined.**

1      1.     WHEREAS, this Court stayed the case known as *Tessera, Inc. v. Advanced Micro
2  *Devices, Inc. et al,* Case No. C 05-04063 (CW) (the "AMD case") by its order of May 24, 2007
3  with respect to International Trade Commission Investigation 337-TA-605 "until the
4  determination of the ITC, including appeals becomes final," and WHEREAS, on August 5, 2008
5  the Court ordered that the stay of the AMD case "shall be extended until a determination in the
6  International Trade Commission Investigation 337-TA-649, including appeals, becomes final;"
7  and
8      2.     WHEREAS, this Court issued a Related Case Order on September 11, 2008 in the
9  AMD case finding that the three cases known as, *Siliconware Precision Industries Co., Ltd. et al.*
10 *v. Tessera*, Case No. C 08-03667 RS; *Advanced Semiconductor Engineering Inc. et al. v.*
11 *Tessera*, Case No. C 08-03726 EMC; and *Chipmos Technologies Inc. et al. v. Tessera, Inc*., Case
12 No. C 08-03827 CW, were related to the AMD case (these three cases are collectively the
13 "Related Cases"); and
14     3.     WHEREAS, this Court stayed all proceedings in the Related Cases, to include all
15 claims and counterclaims, by its order of December 19, 2008 "[i]n light of the decision by the
16 International Trade Commission ('ITC') granting Tessera's motion to amend the Complaint and
17 Notice of Investigation adding U.S. Patent No. 5,663,106 to the investigation" known as 337-
18 TA-649 and the stipulation of the parties in the Related Cases; and
19     4.     WHEREAS, this Court issued a Related Case Order on November 10, 2010,
20 finding that the case known as *Spansion Inc. v. Tessera Inc*., Case No. C 10-04954 MMC (the
21 "Spansion case"), is related to this case; and
22     5.     WHEREAS, by its orders of December 7, 2010 this Court subsequently set a Case
23 Management Conference in the AMD case, the Spansion case and the Related Cases for June 7,
24 2011 at 2:00 p.m; and
25     6.     WHEREAS the parties in the AMD, Spansion, and Related Cases, by their
26 undersigned counsel, report to the Court that the current status of the International Trade
27 Commission Investigation 337-TA-605, which is under appeal to the Federal Circuit in Case
28

1

1  Number 09-1460, is that the Federal Circuit issued its decision on December 21, 2010, affirming
2  the Commission's final determination, but all appeals have not yet been exhausted.  In particular,
3  the period for any petitions to the United States Supreme Court for a *writ of certiorari* has not yet
4  run, and at least one defendant in the AMD Case intends to seek such a petition, and;

5      7. WHEREAS, because a final resolution of ITC's 337-TA-605 investigation,
6  including appeals, is still pending, and therefore the parties in the AMD case, in the Spansion
7  case, and in the Related Cases believe that it would be most efficient to further postpone the case
8  management conference and related activity in the AMD case, the Spansion case, and the
9  Related Cases until approximately November 8, 2011; and

10      8. WHEREAS, the parties appearing below agree that there would be no prejudice to
11  the parties in moving the case management conference, as that case is currently stayed;

12      THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
13  parties appearing below through their undersigned respective attorneys of record, based on the
14  foregoing, and subject to the approval of this Court, that:

15      a. The case management conference currently scheduled for June 7, 2011, at 2:00
16  p.m. in the AMD case shall be rescheduled for  November 8, 2011  at 2 : 00  p.m., or as soon
17  thereafter as the Court is available;

18      PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20  Dated this 25th day of    May   , 2011.    _____
21                                                       Honorable Claudia Wilken
                                                     United States District Judge
22
23
24
25
26
27
28

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE     CASE NO. 4:10-cv-04954-CW
OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES
**Error! Bookmark not defined.**

1 | Dated:  May 24, 2011

/s/
Elaine Chow
K&L GATES LLP
Attorneys for defendants and counter-claimants
ADVANCED MICRO DEVICES, INC.,
SPANSION TECHNOLOGY INC., SPANSION
INC. and SPANSION LLC

Dated:  May 24, 2011

/s/
Gina A. Bibby
FOLEY & LARDNER LLP
Attorneys for defendants and counter-claimants
ADVANCED SEMICONDUCTOR
ENGINEERING, INC., ASE TEST LIMITED, and
ASE (U.S.) INC.

Dated:  May 24, 2011

/s/
Michael Heafey
ORRICK, HERRINGTON & SUTCLIFFE
Attorneys for defendants and counter-claimants
SILICONWARE PRECISION INDUSTRIES CO.,
LTD. and SILICONWARE U.S.A.

Dated:  May 24, 2011

/s/
Joseph Lanser
SEYFARTH SHAW
Attorneys for defendants and counter-claimants
CHIPMOS TECHNOLOGIES INC. and CHIPMOS
U.S.A. INC.

Dated:  May 24, 2011

/s/
Russell L. Johnson
SIDLEY AUSTIN LLP
Attorneys for defendants and counter-claimants
STMICROELECTRONICS N.V. and
STMICROELECTRONICS, INC.

Dated:  May 24, 2011

/s/
Michael Franzinger
WEIL, GOTSHAL & MANGES LLP
Attorneys for defendants and counter-claimants
STATS CHIPPAC INC., STATS CHIPPAC LTD
and STATS CHIPPAC (BVI) LIMITED

Dated:  May 24, 2011

/s/
Trevor Stockinger
IRELL & MANELLA LLP
Attorneys for plaintiff and counter-defendant
TESSERA, INC.

JOINT STIPULATION AND [~~PROPOSED~~] ORDER CHANGING THE DATE       CASE No. 4:10-cv-04954-CW
OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES

**Error! Bookmark not defined.**

1  Concurrence in the filing of this document has been obtained from the signatories listed
2  above.

3
4  Dated:  May 24, 2011                           K&L GATES LLP

5                                                          /s/
                                                  Elaine Chow
6                                                 Attorneys for defendants and counter-claimants
                                                  ADVANCED MICRO DEVICES, INC.,
7                                                 SPANSION TECHNOLOGY INC., SPANSION
                                                  INC. and SPANSION LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE     CASE No. 4:10-cv-04954-CW
OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES
**Error! Bookmark not defined.**

1  Pursuant to General Order No. 45, Section X, I hereby attest that I have on file all
2  holographic signatures for any indicated by a "conformed" signature /s/ within the e-filed
3  document.

Dated: May 24, 2011                                K&L GATES LLP

                                                   _____/s/_____
                                                   Elaine Chow
                                                   Attorneys for defendants and counter-claimants
                                                   ADVANCED MICRO DEVICES, INC.,
                                                   SPANSION TECHNOLOGY INC., SPANSION
                                                   INC. and SPANSION LLC